QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Marie M. Hayrapetian (Bar  No. 315797)
  mariehayrapetian@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
  julianschoen@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000

*Attorneys for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

LAW OFFICES OF THOMAS B. HARVEY
Thomas B. Harvey (Bar No. 287198)
  tbhlegal@proton.me
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440

VITALE, VICKREY, NIRO, SOLON & GASEY LLP
Paul K Vickery
  vickrey@vvnlaw.com
Patrick F. Solon
  solon@vvnlaw.com
Dylan M. Brown
  dbrown@vvnlaw.com
311 S. Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-0733

*Attorneys for Plaintiff Anuradha Mittal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANURADHA MITTAL, <br><br> Plaintiff, <br><br> v. <br><br> UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF <br><br> Defendants. | Case No. 3:26-cv-02660-PHK <br><br> **STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> Complaint Filed: March 26, 2026 |

Case No. 3:26-cv-02660-PHK

STIPULATION

Pursuant to Northern District of California Civil Local Rule 6-1(a), Defendants Unilever PLC ("Unilever"), The Magnum Ice Cream Company N.V. ("TMICC"), and Jochanan Senf (collectively, "Defendants"), along with Plaintiff Anuradha Mittal (collectively, with Defendants, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 26, 2026, Plaintiff filed the Complaint against Defendants Unilever PLC and The Magnum Ice Cream Company N.V. in this action;

**WHEREAS**, on April 30, 2026, the Parties agreed that Defendants Unilever PLC and The Magnum Ice Cream Company N.V., both foreign corporations, would accept service of the Complaint while reserving all rights to dispute personal jurisdiction, and that their deadline to respond would be July 29, 2026, ninety (90) days after service was accepted pursuant to Federal Rule of Civil Procedure 4(d)(3);

**WHEREAS**, on May 8, 2026, Plaintiff filed the First Amended Complaint ("FAC") in this action as a matter of course, adding Jochanan Senf, a foreign individual, as a Defendant;

**WHEREAS**, on May 14, 2026, the Parties agreed that Defendant Jochanan Senf would accept service of the FAC while reserving all rights to dispute personal jurisdiction;

**WHEREAS**, on May 14, 2026, pursuant to Federal Rule of Civil Procedure 15(a)(3), the Parties agreed to extend Defendants' deadline to respond to the FAC to August 12, 2026. *See* Declaration of Marie Hayrapetian ¶ 3, Ex. 1.

**WHEREAS**, the Parties agree that this Stipulation will not delay the case. The Parties will comply with their Federal Rule of Civil Procedure 26 obligations prior to the June 23, 2026 Case Management Conference. There are no other current deadlines in the case;

**IT IS HEREBY STIPULATED,** by and between the parties, that Defendants' deadline to respond to the FAC is August 12, 2026.

Respectfully submitted,

Dated:  May 15, 2026                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:        _/s/ Marie M. Hayrapetian_____
                    Marie M. Hayrapetian

*Attorney for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

By:        _/s/ Paul K. Vikrey_____
                    Paul K. Vickrey

*Attorney for Plaintiff Anuradha Mittal*

**ATTESTATION OF E-FILED SIGNATURE**

I, Marie M. Hayrapetian, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with Civil L.R. 5-1(i), I hereby attest that Paul Vickrey agreed to this filing.

Dated: May 15, 2026

*/s/ Marie M. Hayrapetian*
Marie M. Hayrapetian

Case No. 3:26-cv-02660-PHK
STIPULATION