QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Marie M. Hayrapetian (Bar  No. 315797)
  mariehayrapetian@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
  julianschoen@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000

*Attorneys for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

LAW OFFICES OF THOMAS B. HARVEY
Thomas B. Harvey (Bar No. 287198)
  tbhlegal@proton.me
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440

VITALE, VICKREY, NIRO, SOLON & GASEY LLP
Paul K Vickery
  vickrey@vvnlaw.com
Patrick F. Solon
  solon@vvnlaw.com
Dylan M. Brown
  dbrown@vvnlaw.com
311 S. Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-0733

*Attorneys for Plaintiff Anuradha Mittal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANURADHA MITTAL,<br><br>          Plaintiff,<br><br>     v.<br><br>UNILEVER  PLC,  THE  MAGNUM  ICE CREAM  COMPANY  N.V.,  and  JOCHANAN SENF<br><br>          Defendants. | Case No. 3:26-cv-02660-PHK<br><br>**DECLARATION OF MARIE M. HAYRAPETIAN IN SUPPORT OF STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: March 26, 2026 |

I, Marie M. Hayrapetian, declare as follows:

1.      I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Unilever PLC, The Mangum Ice Cream Company N.V., and Jochanan Senf ("Defendants") in the above-captioned action. Except as otherwise stated herein, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I submit this Declaration in accordance with Northern District of California Civil Local Rule 6-1(a), in support of the Stipulation To Extend Defendants' Deadline To Respond To First Amended Complaint.

3.      Attached as **Exhibit 1** is a true and correct copy of the May 14, 2026 e-mail wherein Plaintiff Anuradha Mittal's counsel agreed to extend Defendants' deadline to respond to the FAC to August 12, 2026.


I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed in Los Angeles, California, on May 15, 2026.


QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:      _/s/ Marie M. Hayrapetian_____
                Marie M. Hayrapetian

*Attorneys for Defendants Unilever PLC,*
*The Magnum Ice Cream Company N.V.,*
*and Jochanan Senf*

DECLARATION OF MARIE M. HAYRAPETIAN ISO STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND

# Exhibit 1

| | |
|---|---|
| **From:** | Paul Vickrey <vickrey@vvnlaw.com> |
| **Sent:** | Thursday, May 14, 2026 7:22 PM |
| **To:** | Marie Hayrapetian; Robert Schwartz |
| **Cc:** | Lender, David; Barrington, Luna; Steve Madison; Thomas Harvey; Patrick Solon; Dylan Brown; Julian Schoen |
| **Subject:** | Re: Mittal v. Unilever PLC and The Magnum Ice Cream Company N.V., 4:26-cv-02660 (NDCA)) |

[EXTERNAL EMAIL from vickrey@vvnlaw.com]

Marie, we consent.  Paul

Get Outlook for iOS

**From:** Marie Hayrapetian <mariehayrapetian@quinnemanuel.com>
**Sent:** Thursday, May 14, 2026 7:49:45 PM
**To:** Paul Vickrey <vickrey@vvnlaw.com>; Robert Schwartz <robertschwartz@quinnemanuel.com>
**Cc:** Lender, David <david.lender@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Steve Madison <stevemadison@quinnemanuel.com>; Thomas Harvey <tbh1910@gmail.com>; Patrick Solon <solon@vvnlaw.com>; Dylan Brown <dbrown@vvnlaw.com>; Julian Schoen <julianschoen@quinnemanuel.com>
**Subject:** RE: Mittal v. Unilever PLC and The Magnum Ice Cream Company N.V., 4:26-cv-02660 (NDCA))

Thanks, Paul!  Please find attached the stipulation to extend Defendants' deadline to respond to the First Amended Complaint to August 12, 2026.  Please either sign and return, and/or confirm that you consent to our filing the stipulation with your e-signature as reflected on the attestation page.

Best,
Marie

**marie hayrapetian | associate**
**quinn emanuel trial lawyers**

**From:** Paul Vickrey <vickrey@vvnlaw.com>
**Sent:** Thursday, May 14, 2026 11:27 AM
**To:** Marie Hayrapetian <mariehayrapetian@quinnemanuel.com>; Robert Schwartz <robertschwartz@quinnemanuel.com>
**Cc:** Lender, David <david.lender@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Steve Madison <stevemadison@quinnemanuel.com>; Thomas Harvey <tbh1910@gmail.com>; Patrick Solon <solon@vvnlaw.com>; Dylan Brown <dbrown@vvnlaw.com>; Julian Schoen <julianschoen@quinnemanuel.com>
**Subject:** Re: Mittal v. Unilever PLC and The Magnum Ice Cream Company N.V., 4:26-cv-02660 (NDCA))

[EXTERNAL EMAIL from vickrey@vvnlaw.com]

Marie, confirmed.

Paul

Paul K. Vickrey
Vitale, Vickrey, Niro, Solon & Gasey LLP
311 S. Wacker Dr., Ste. 2200
Chicago, IL 60606
P: 312-236-0733
D: 312-377-3210
C: 312-450-1149

[View my profile on LinkedIn]

THIS TRANSMISSION, AND ANY ATTACHED FILES, MAY CONTAIN INFORMATION FROM THE LAW FIRM OF VITALE, VICKREY, NIRO & GASEY LLP WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. SUCH INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THIS TRANSMISSION IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TRANSMITTED INFORMATION IS STRICTLY PROHIBITED, THAT COPIES OF THIS TRANSMISSION AND ANY ATTACHED FILES SHOULD BE DELETED FROM YOUR DISK DIRECTORIES IMMEDIATELY, AND THAT ANY PRINTED COPIES OF THIS TRANSMISSION OR ATTACHED FILES SHOULD BE RETURNED TO VITALE, VICKREY, NIRO & GASEY LLP. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE OR E-MAIL IMMEDIATELY.

---

**From:** Marie Hayrapetian <mariehayrapetian@quinnemanuel.com>
**Sent:** Thursday, May 14, 2026 1:19 PM
**To:** Robert Schwartz <robertschwartz@quinnemanuel.com>; Paul Vickrey <vickrey@vvnlaw.com>
**Cc:** Lender, David <david.lender@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; Steve Madison <stevemadison@quinnemanuel.com>; Thomas Harvey <tbh1910@gmail.com>; Patrick Solon <solon@vvnlaw.com>; Dylan Brown <dbrown@vvnlaw.com>; Julian Schoen <julianschoen@quinnemanuel.com>
**Subject:** RE: Mittal v. Unilever PLC and The Magnum Ice Cream Company N.V., 4:26-cv-02660 (NDCA))

Paul,

We are willing to accept service of the First Amended Complaint on behalf of all Defendants, provided that the parties agree that the deadline for all Defendants to respond to the FAC is August 12, 2026.  As you know, the parties previously stipulated to July 29, 2026 as the deadline for the corporate defendants to respond to the original Complaint.  Under Federal Rule of Civil Procedure 15(a)(3), defendants have 14 days after service of an amended pleading to respond, or the time remaining under the original deadline, whichever is later.  Adding 14 days to July 29 yields August 12, 2026, which we propose as the response deadline for all Defendants, including Jochanan Senf.

If you are in agreement, please confirm so that we may circulate a stipulation for your signature.  We would like to file by end of day tomorrow.

Thank you,
Marie

**Marie Hayrapetian**
*Associate*
**quinn emanuel urquhart & sullivan, llp**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3552 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
mariehayrapetian@quinnemanuel.com
www.quinnemanuel.com

2