# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** June 23, 2026 | **Time:** 11 minutes 2:30 p.m. to 2:41 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.:** 26-cv-02660-WHO | **Case Name:** Mittal v. Unilever PLC | |

**Attorneys for Plaintiff:**  Thomas Harvey, Dylan M. Brown and Paul K. Vickrey
**Attorneys for Defendant:**  Steven G. Madison, Julian T. Schoen, Etta Wang, and Robert M. Schwartz

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Case Management Conference conducted via videoconference. Counsel heard regarding related case pending in New York and the availability of discovery there. Motions are expected to be filed on August 12, 2026, with a hearing on September 23 or 30. Discovery will be stayed until the Court has an opportunity to review the motions, although preliminary discussions about the scope of discovery, ESI and Protective Orders are encouraged.

**Further Case Management Conference set for October 27, 2026 at 2:00 p.m.** Joint case management statement due October 20, 2026.