**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANURADHA MITTAL,<br><br>Plaintiff,<br><br>vs.<br><br>UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF,<br><br>Defendants. | Case No. 26-cv-02660-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE (CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16) AND MOTION TO DISMISS (FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6))**<br><br>Judge: Hon. William H. Orrick<br>Hearing Date: September 30, 2026<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2 |

Before the Court is Defendants Unilever PLC ("Unilever"), The Magnum Ice Cream Company N.V. ("TMICC"), and Jochanan Senf's California Code of Civil Procedure Section 425.16 special motion to strike and Federal Rule of Civil Procedure Rule 12(b)(6) motion to dismiss Plaintiff Anuradha Mittal's First Amended Complaint. Having considered the papers and arguments of counsel, the Court finds that the First Amended Complaint fails to state a claim for defamation, false light, and intentional infliction of emotional distress under California law. The Court hereby **GRANTS** Defendants' [anti-SLAPP special motion to strike and award Defendants attorneys' fees in an amount to be determined upon a noticed motion] [Rule 12(b)(6) motion to dismiss without leave to amend].

IT IS SO ORDERED.

DATED: ___________________

______________________________
Hon. William H. Orrick
United States District Judge