**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANURADHA MITTAL, | Case No. 26-cv-02660-WHO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER** |
| vs. | |
| UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF, | Judge:        Hon. William H. Orrick<br>Hearing Date:    September 30, 2026<br>Hearing Time:    2:00 p.m.<br>Courtroom:     2 |
| Defendants. | |

**[PROPOSED] ORDER**

Based on the Motion to Transfer of Defendants Unilever PLC ("Unilever"), The Magnum Ice Cream Company N.V. ("TMICC"), and Jochanan Senf, and all papers and argument in support thereof and in opposition thereto, the Court hereby ORDERS as follows:

1.      Defendants' Motion to Transfer is GRANTED;

2.      This action is hereby TRANSFERRED to the U.S. District Court for the Southern District of New York;

3.      The Clerk of the Court is directed to effectuate the transfer forthwith and to close this case in this District.

**IT IS SO ORDERED.**

Dated:_____

By: _____
        Hon. William H. Orrick
        United States District Court Judge

1                                          Case No. 26-cv-02660-WHO
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER