**LAW OFFICES OF THOMAS B. HARVEY**
Thomas B. Harvey (Bar No. 287198)
tbhlegal@proton.me
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440

**VITALE, VICKREY, NIRO, SOLON & GASEY LLP**
Paul K Vickrey
vickrey@vvnlaw.com
Patrick F. Solon
solon@vvnlaw.com
Dylan M. Brown
dbrown@vvnlaw.com
311 S. Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-0733

*Attorneys for Plaintiff Anuradha Mittal*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Steven G. Madison (Bar No. 101006)
stevemadison@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Marie M. Hayrapetian (Bar No. 315797)
mariehayrapetian@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
julianschoen@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Attorneys for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANURADHA MITTAL,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF<br><br>Defendants. | Case No. 3:26-cv-02660-PHK<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE**<br><br>Complaint Filed: March 26, 2026 |

Defendants Unilever PLC ("Unilever"), The Magnum Ice Cream Company N.V. ("TMICC"), and Jochanan Senf (collectively, "Defendants"), along with Plaintiff Anuradha Mittal (collectively, with Defendants, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on August 12, 2026, Defendants filed (**1**) Defendants' Special Motion to Strike (California Code of Civil Procedure § 425.16) and Motion to Dismiss (Federal Rule Civil Procedure 12(B)(6); (**2**) Defendants' Request for Judicial Notice Under Fed. R. of Evidence 201 in Support of Their Special Motion to Strike (California Code of Civil Procedure § 425.16), Motion to Dismiss (Federal Rule Civil Procedure 12(B)(6)), and Motion to Transfer Venue (28 U.S.C. § 1404); (**3**) Defendants' Motion to Dismiss for Lack of Personal Jurisdiction; and (**4**) Defendants' Motion to Transfer Venue;

**WHEREAS**, on August 14, 2026, Plaintiff proposed, and on August 17, 2026, Defendants agreed, that Plaintiff's responses in opposition to the motions shall be due on September 9, 2026, and Defendants' replies shall be due on September 23, 2026.

**WHEREAS**, the Parties agree that this Stipulation will not affect the hearing on the motions scheduled for September 30, 2026;

**IT IS HEREBY STIPULATED,** by and between the Parties, that Plaintiff's responses in opposition to the motions should be due on September 9, 2026, and Defendants' replies shall be due on September 23, 2026.

Respectfully submitted,

Dated: August 18, 2026 VITALE, VICKREY, NIRO, SOLON & GASEY LLP

By: *_______/s/ Paul K. Vickrey____________*
Paul K. Vickrey
*Attorney for Plaintiff Anuradha Mittal*

By: *________/s/ Marie M. Hayrapetian _______*
Marie M. Hayrapetian
*Attorney for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

**ATTESTATION OF E-FILED SIGNATURE**

I, Paul K. Vickrey, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i), I hereby attest that Marie M. Hayrapetian agreed to this filing.

Dated: August 18, 2026

*/s/ Paul K. Vickrey*
Paul K. Vickrey