QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (Bar No. 101006)
stevemadison@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Marie M. Hayrapetian (Bar No. 315797)
mariehayrapetian@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
julianschoen@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Attorneys for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

LAW OFFICES OF THOMAS B. HARVEY
Thomas B. Harvey (Bar No. 287198)
tbhlegal@proton.me
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440

VITALE, VICKREY, NIRO, SOLON & GASEY LLP
Paul K Vickery
vickrey@vvnlaw.com
Patrick F. Solon
solon@vvnlaw.com
Dylan M. Brown
dbrown@vvnlaw.com
311 S. Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-0733

*Attorneys for Plaintiff Anuradha Mittal*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANURADHA MITTAL,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF<br><br>Defendants. | Case No. 3:26-cv-02660-WHO<br><br>**STIPULATION REGARDING TIMING OF INITIAL DISCLOSURES**<br><br>Complaint Filed: March 26, 2026 |

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) and Northern District of California Civil Local Rule 6-1(a), Defendants Unilever PLC ("Unilever"), The Magnum Ice Cream Company N.V. ("TMICC"), and Jochanan Senf (collectively, "Defendants"), along with Plaintiff Anuradha Mittal (collectively, with Defendants, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 26, 2026, Plaintiff filed the Complaint against Defendants Unilever PLC and The Magnum Ice Cream Company N.V. in this action;

**WHEREAS**, on May 8, 2026, Plaintiff filed the First Amended Complaint ("FAC") in this action as a matter of course, adding Jochanan Senf, as a Defendant;

**WHEREAS**, the Parties previously agreed, as reflected in the Joint Case Management Statement filed on June 16, 2026 (Dkt. 45), that the Parties would exchange initial disclosures pursuant to Rule 26(a)(1) on or before July 23, 2026;

**WHEREAS**, at the June 23, 2026 Case Management Conference, the Court stayed discovery which, as the Parties understand, included the Rule 26(a)(1) initial disclosures, pending resolution of Defendants' anticipated motions, to be filed on or before August 12, 2026, with a hearing anticipated for September 23 or 30, 2026 (Dkt. 47);

**WHEREAS**, on July 21, 2026, Defendants proposed, and on July 22, 2026, Plaintiff agreed, that the Parties' obligation to exchange initial disclosures be extended to 10 days after the Court's ruling on Defendants' anticipated motions;

**WHEREAS**, the Parties agree that this Stipulation will not otherwise alter any deadline set by the Court, and that there are no other current deadlines affected by this Stipulation;

**IT IS HEREBY STIPULATED,** by and between the Parties, that the Parties' obligation to exchange initial disclosures pursuant to Rule 26(a)(1) shall be due ten (10) days after the Court's ruling on Defendants' anticipated motions.

Respectfully submitted,

Dated: August 18, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *<u>/s/ Marie M. Hayrapetian</u>*
Marie M. Hayrapetian

*Attorney for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

By: *<u>/s/ Paul K. Vickrey</u>*
Paul K. Vickrey

*Attorney for Plaintiff Anuradha Mittal*

**ATTESTATION OF E-FILED SIGNATURE**

I, Marie M. Hayrapetian, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i), I hereby attest that Paul Vickrey agreed to this filing.

Dated: August 18, 2026

*/s/ Marie M. Hayrapetian*
Marie M. Hayrapetian