QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Steven G. Madison (SBN: 101006)
stevemadison@quinnemanuel.com
Robert M. Schwartz (SBN: 117166)
robertschwartz@quinnemanuel.com
Marie M. Hayrapetian (SBN: 315797)
mariehayrapetian@quinnemanuel.com
Julian T. Schoen (SBN: 344202)
julianschoen@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

*Attorneys for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANURADHA MITTAL,<br><br>Plaintiff,<br><br>vs.<br><br>UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF,<br><br>Defendants. | Case No. 26-cv-02660-WHO<br><br>**DEFENDANTS' 1) NOTICE OF NON-OBJECTION TO PLAINTIFF ANURADHA MITTAL'S REQUEST FOR JUDICIAL NOTICE (DKT. 60), AND 2) OBJECTION TO PAGE 8, LINES 19-20 OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER VENUE**<br><br>Judge: Hon. William H. Orrick<br>Hearing Date: October 7, 2026<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2 |

Defendants Unilever PLC, The Mangum Ice Cream Company N.V., and Jochanan Senf ("Defendants") hereby give notice that they do not object to Plaintiff Anuradha Mittal's Request For Judicial Notice (Dkt. 60), for the limited purpose of adjudicating the two Motions to Dismiss (Dkt. 50, 52) and Motion to Transfer Venue (Dkt. 53) presently set for hearing October 7, 2026. Defendants note that Exhibits 3-10 are excerpts from IRS Forms 990 for Tides Foundation. See Dkt. 62 (Amended Declaration of Paul Vickrey with Exhibits) ¶¶ 4-11 (noting that Exhibits 3-10 are excerpts of much lengthier documents). Defendants reserve the right to object to these excerpts under Federal Rule of Evidence 106 and the doctrine of completeness to the extent Plaintiff Mittal seeks to use them for any purpose herein other than the adjudication of the above-referenced motions.

Defendants object to the following reference at page 8, lines 19-20 of Plaintiff Mittal's Memorandum in Opposition to Defendants' Motion to Transfer Venue (Dkt. 63): "See also Exhibit A, Declaration of Elizabeth Bankowski at ¶¶5, 12-19 (all of the contributions at issue complied with BNJF policy.)." No such exhibit or declaration was filed or served herein or in the SDNY Case, and this reference should therefore be stricken and disregarded as no such evidence is before this Court.

Dated: September 23, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Steven G. Madison
Robert M. Schwartz
Marie M. Hayrapetian
Julian T. Schoen

By: ____*/s/ Steven G. Madison*__________
Steven G. Madison
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record electronically or by another manner authorized under FRCP 5(b) on this the 23rd day of September 2026.

Dated: September 23, 2026

By: ___*/s/ Julian Schoen*______
Julian Schoen
*Attorneys for Defendants*