**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANURADHA MITTAL,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF,<br><br>Defendants. | Case No. 26-cv-02660-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE SURREPLIES TO ADDRESS A FEDERAL RULE OF EVIDENCE 408 ARGUMENT FIRST MADE IN DEFENDANTS' REPLIES** |

**[PROPOSED] ORDER**

Before the Court is Plaintiff Anuradha Mittal's Motion for Leave to File Surreplies to Address a Federal Rule of Evidence 408 Argument First Made in Defendants' Replies. Having considered the papers and arguments of counsel, the Court finds that Plaintiff has sufficient cause to file her Surreplies. The Court hereby **GRANTS** Plaintiff's Motion for Leave to File Surreplies to Address a Federal Rule of Evidence 408 Argument First Made in Defendants' Replies.

**IT IS SO ORDERED.**

Dated: _______________

By:___________________________
Hon. William H. Orrick
United States District Court Judge