QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (Bar No. 101006)
stevemadison@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Marie M. Hayrapetian (Bar No. 315797)
mariehayrapetian@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
julianschoen@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Attorneys for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

LAW OFFICES OF THOMAS B. HARVEY
Thomas B. Harvey (Bar No. 287198)
tbhlegal@proton.me
365 E. Avenida De Los Arboles, #226
Thousand Oaks, CA 91360
Telephone: (805) 768-4440

VITALE, VICKREY, NIRO, SOLON & GASEY LLP
Paul K. Vickrey
vickrey@vvnlaw.com
Patrick F. Solon
solon@vvnlaw.com
Dylan M. Brown
dbrown@vvnlaw.com
311 S. Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 236-0733

*Attorneys for Plaintiff Anuradha Mittal*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANURADHA MITTAL,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF<br><br>Defendants. | Case No. 3:26-cv-02660-WHO<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: March 26, 2026<br>Further CMC: October 27, 2026, 2:00 p.m.<br><br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Anuradha Mittal ("Plaintiff") and Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on March 26, 2026, Plaintiff filed the Complaint against Defendants Unilever PLC and The Magnum Ice Cream Company N.V.;

**WHEREAS**, on May 8, 2026, Plaintiff filed the First Amended Complaint ("FAC") as a matter of course, adding Jochanan Senf, as a Defendant;

**WHEREAS**, at the June 23, 2026 Case Management Conference, Defendants notified the Court that, on or before August 12, they would be filing motions to: (1) strike the FAC under California's anti-SLAPP statute or dismiss it under Rule 12(b)(6), (2) dismiss the FAC under Rule 12(b)(2) for lack of personal jurisdiction, and (3) transfer the case to the Southern District of New York (Defendants "Initial Motions") and set them for hearing on September 23 or 30, 2026. Based on that schedule, the Court scheduled a Further Case Management Conference for October 27, 2026, at 2:00 p.m., with the Joint Case Management Statement due October 20, 2026 (Dkt. 47), anticipating that it would have addressed Defendants' Initial Motions by that time (Dkt. 49, June 23, 2026 Hr'g Tr. at 7:11-16);

**WHEREAS**, on August 12, 2026, Defendants filed their Initial Motions (Dkt. Nos. 50, 52, 53), and set them for hearing on September 30, 2026, which date the Court continued to October 7, 2026 (Dkt. 57);

**WHEREAS**, on September 29, 2026, the Court continued the hearing on Defendants' Initial Motions to October 28, 2026, at 2:00 p.m. (Dkt. 69);

**WHEREAS**, in light of the continued hearing date, the Parties agree that continuing the Further Case Management Conference until after the hearing on Defendants' Initial Motions would promote judicial economy and facilitate a more productive Further Case Management Conference;

**WHEREAS**, the requested continuance will not affect any other deadlines or dates set by the Court;

**IT IS HEREBY STIPULATED,** by and between the Parties, through their respective counsel, and subject to the Court's approval, that:

1. The Further Case Management Conference currently scheduled for October 27, 2026, at 2:00 p.m. shall be continued to November 17, 2026, at 2:00 p.m., or such other date and time as the Court deems appropriate;
2. The Parties shall file their Joint Case Management Statement no later than seven days before the continued Further Case Management Conference; and
3. The existing stay of discovery shall remain in effect, consistent with the Court's prior direction (Dkt. 47), pending further order of the Court.

The grounds for the requested continuance are further set forth in the accompanying Declaration of Marie M. Hayrapetian, submitted pursuant to Civil Local Rule 6-2(a).

Respectfully submitted,

Dated: October 13, 2026 QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *_/s/ Marie M. Hayrapetian_*
Marie M. Hayrapetian
*Attorney for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

By: *_/s/ Paul K. Vickrey_*
Paul K. Vickrey
*Attorney for Plaintiff Anuradha Mittal*

**ATTESTATION OF E-FILED SIGNATURE**

I, Marie M. Hayrapetian, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Paul K. Vickrey, counsel for Plaintiff, has concurred in the filing of this Stipulation.

Dated: October 13, 2026

*/s/ Marie M. Hayrapetian*
Marie M. Hayrapetian