QUINN EMANUEL URQUHART & SULLIVAN, LLP
Steven G. Madison (Bar No. 101006)
stevemadison@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Marie M. Hayrapetian (Bar No. 315797)
mariehayrapetian@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
julianschoen@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Attorneys for Defendants Unilever PLC, The Magnum Ice Cream Company N.V., and Jochanan Senf*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ANURADHA MITTAL,

Plaintiff,

v.

UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF

Defendants.

Case No. 3:26-cv-02660-WHO

**DECLARATION OF MARIE M. HAYRAPETIAN IN SUPPORT OF STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**

Complaint Filed: March 26, 2026
Further CMC: October 27, 2026, 2:00 p.m.

Judge: Hon. William H. Orrick

I, Marie M. Hayrapetian, declare:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants in this action. I have personal knowledge of the facts set forth herein and submit this declaration in support of the parties' Stipulation to Continue Further Case Management Conference pursuant to Civil Local Rule 6-2(a).

2. **Reasons for Continuance.** At the June 23, 2026 Case Management Conference, the Court scheduled a Further Case Management Conference for October 27, 2026, anticipating that it would have addressed Defendants' pending motions by that time. (Dkt. 47; Dkt. 49, June 23, 2026 Hr'g Tr. at 7:11-16.) The Court subsequently continued the hearing on those motions to October 28, 2026. (Dkt. 69.) The requested continuance would allow the Court to hear the motions before the Further Case Management Conference. Plaintiff's counsel has agreed to the requested continuance.

3. **Prior Time Modifications.** The prior modifications to the case schedule include: (a) the Court's rescheduling of the initial Case Management Conference (Dkt. Nos. 29, 30); (b) the stipulated extension of Defendants' deadline to respond to the First Amended Complaint (Dkt. 32); (c) the stipulation regarding initial disclosures (Dkt. 55); (d) the stipulated modification of the briefing and hearing schedule (Dkt. Nos. 56, 57); and (e) the Court's subsequent continuance of the motion hearing to October 28, 2026 (Dkt. 69).

4. **Effect on Case Schedule.** The requested continuance would move the Further Case Management Conference from October 27 to November 17, 2026, or such other date as the Court sets, and the Joint Case Management Statement deadline from October 20, 2026 to seven days before the continued conference. No other scheduled dates or deadlines would be affected, and the existing stay of discovery would remain in effect pending further order of the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 13, 2026, at Los Angeles, California.

*<u>/s/ Marie M. Hayrapetian</u>*
Marie M. Hayrapetian