**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANURADHA MITTAL,<br><br>Plaintiff,<br><br>vs.<br><br>UNILEVER PLC, THE MAGNUM ICE CREAM COMPANY N.V., and JOCHANAN SENF,<br><br>Defendants. | Case No. 3:26-cv-02660-WHO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. William H. Orrick<br>Hearing Date: October 27, 2026<br>Hearing Time: 2:00 p.m. |

Pursuant to the Parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The Further Case Management Conference currently scheduled for October 27, 2026, at 2:00 p.m. is **CONTINUED** to November 17, 2026, at 2:00 p.m.
2. The Joint Case Management Statement shall be filed no later than seven days before the continued conference.
3. The existing stay of discovery shall remain in effect pending further order of the Court.

**IT IS SO ORDERED.**

DATED: ___________________

_______________________________
Hon. William H. Orrick
United States District Judge