**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** October 28, 2026 | **Time:** 30 minutes<br>1:57 p.m. to 2:27 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 26-cv-02660-WHO | **Case Name:** Mittal v. Unilever PLC | |

**Attorneys for Plaintiff:** Thomas B. Harvey, Patrick F. Solon, and Paul K. Vickrey
**Attorneys for Defendant:** Steven G. Madison and Robert M. Schwartz

**Deputy Clerk:** Jean Davis **Court Reporter:** Marla Knox

**PROCEEDINGS**

Hearing on Motion to Strike, Motion to Dismiss, and Motion to Transfer Case conducted via videoconference. The Court presents tentative and queries counsel as to the relation of this matter to other litigation pending in New York. Argument of counsel heard. The motions are taken under submission; a written order will follow.